**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PAMELA SUE ABREU AND JAMES ADRIAN ABREU, JOHN A. MYERS AND LOU MYERS, DONNIE ADKINS, GILBERT PAUL VALENCIA, CHARLIE C. TRUJILLO, TRUSTEE OF THE CHARLIE C. TRUJILLO TRUST, DATED MARCH 11, 2009, AS AMENDED AND REFORMED AND CHARLIE C. TRUJILLO, IN HIS INDIVIDUAL CAPACITY, JACOB E. CORNELIUS, TARA L. HORNUNG AND DOUGLAS OSTROFF, MARISOL MIRANDA GREENE a/k/a MARIA GREENE, and MONTE APLANADO ACEQUIA aka LA ACEQUIA DEL MONTE APLANADO,

No. 1:26-cv-02300-KG-JFR

Plaintiffs,

v.

FEDERAL EMERGENCY MANAGEMENT AGENCY,

Defendant.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO PERFECT SERVICE OF PROCESS AND TO DEEM SERVICE EFFECTIVE**

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to Extend Time to Perfect Service of Process and to Deem Service Effective [Doc. 14]. Defendant does not oppose the Motion. The Court has reviewed the Motion, is otherwise sufficiently advised, and finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the time for Plaintiffs to complete service of process on Defendant Federal Emergency Management Agency is extended through November 28, 2026.

IT IS FURTHER ORDERED that service of the summons and Verified Complaint on Defendant shall be deemed effective on the date Plaintiffs complete service under Fed. R. Civ. P. 4(i).

IT IS FURTHER ORDERED that Defendant shall answer or otherwise respond to the Verified Complaint within the time provided by the Federal Rules of Civil Procedure, measured from the date service is deemed effective.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.